# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARDEN, | CASE NO. 2:19-CV-00566-PA (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOE LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Habeas Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: September 8, 2019

_____
PERCY ANDERSON
United States District Judge